**Essie Lee WRIGHT v. STATE.**

3 Div. 764.

Court of Appeals of Alabama.
May 14, 1935.

RICE, Judge.
Appeal dismissed.

---

**Math, alias Matthew, ZACKERY v. STATE.**

4 Div. 137.

Court of Appeals of Alabama.
April 30, 1935.

Harry Adams, of Enterprise, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

On conviction the defendant was fined $50, for which he was sentenced twenty days and the court fixed an additional punishment of five months' hard labor. There is no definite sentence to pay the costs and that part of the sentence is void. There is no error of a reversible nature in the record, and the judgment and sentence fixing the punishment at five months and twenty days is in all things affirmed.

Affirmed.

---

**Ernest WRIGHT v. STATE.**

8 Div. 164.

Court of Appeals of Alabama.
May 21, 1935.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

The indictment against this appellant charged that he unlawfully, and with malice aforethought, killed Calvin Cox, by shooting him with a gun, but without premeditation or deliberation, etc. The foregoing is a valid indictment and charges the accused with the offense of murder in the second degree.

The trial of this case resulted in the conviction of the defendant for the offense of manslaughter in the first degree and his punishment was fixed at eight years. Judgment of conviction was accordingly pronounced and entered, and the court duly sentenced him to imprisonment in the penitentiary for eight years. From the judgment of conviction this appeal was taken. The appeal is here submitted upon the record proper. There is no bill of exceptions.

The record has been examined and is regular in all respects. No error appearing, the judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

---

**ALABAMA POWER CO. v. CITY OF TUSCUMBIA et al.**

8 Div. 667.

Supreme Court of Alabama.
June 7, 1935.

Andrews & Almon, of Sheffield, and Martin, Turner & McWhorter, of Birmingham, for appellant.

John E. Deloney, Jr., of Tuscumbia, for appellees.

PER CURIAM.

Appeal dismissed by appellant.